UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NATHAN MEDINA, and others,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>COUNTY OF MONTEREY, and others,<br><br>　　　　　Defendants. | Case Nos.  5:24-cv-00053 NC<br><br>**SUA SPONTE JUDICIAL REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

In accordance with Civil Local Rule 3-12(c), IT IS HEREBY ORDERED that the above captioned case is referred to the Honorable Beth Labson Freeman for consideration of whether the case is related to 5:22-cv-01564 BLF, *Ana Regalado Patino, and others v. County of Monterey, and others.*

**IT IS SO ORDERED.**

Dated:  January 8, 2024

_____
NATHANAEL M. COUSINS
United States Magistrate Judge

Case No. 24-cv-00053 NC
SUA SPONTE JUDICIAL REFERRAL